UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Christopher Hintz and Sandra Hintz,<br><br>    Plaintiffs,<br><br>v.<br><br>JPMorgan Chase Bank, N.A., individually and as successor in interest to Washington Mutual Bank, and Washington Mutual Bank, F.A.,<br><br>    Defendants. | Case No. 0:10-cv-02825-MJD-JJK<br><br>**DECLARATION OF BRYANT TCHIDA IN SUPPORT OF JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS** |

Bryant Tchida, being duly sworn, deposes and states:

1. I am an attorney representing Defendant JP Morgan Chase Bank, N.A. ("Chase") in this matter. I submit this Declaration in Support of Chase's Motion to Dismiss.

2. Attached to my Declaration as Exhibits are true and correct copies of the following:

Exhibit A:   Notice of Right to Cancel, dated July 23, 2007, as found in records maintained by Chase in the ordinary course of its business;

Exhibit B:   September 25, 2008 Purchase and Assumption Agreement between JPMorgan Chase Bank, N.A., and the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, FA. A copy of this Purchase and Assumption Agreement is also publicly available on the FDIC's website at http://www.fdic.gov/about/freedom/Washington_Mutual_P_and_A.pdf;

Exhibit C: Complaint, *Hintz v. JPMorgan Chase Bank, N.A.*, Hennepin County, Minnesota, District Court No. 27-CV-09-18705 (July 8, 2009);

Exhibit D: Notice of Motion and Motion to Dismiss, *Hintz v. JPMorgan Chase Bank, N.A.*, Hennepin County, Minnesota, District Court No. 27-CV-09-18705 (Aug. 21, 2009);

Exhibit E: Order, *Hintz v. JPMorgan Chase Bank, N.A.*, Hennepin County, Minnesota, District Court No. 27-CV-09-18705 (Jan. 4, 2010);

Exhibit F: Notice of Entry of Order, *Hintz v. JPMorgan Chase Bank, N.A.*, Hennepin County, Minnesota, District Court No. 27-CV-09-18705, dated January 8, 2010;

Exhibit G: *Cassese v. Wash. Mut., Inc.*, No. 05-2724 (E.D.N.Y. Dec. 22, 2008).

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.  FURTHER, DECLARANT SAITH NOT.

Dated: July 30, 2010                /s/ Bryant D. Tchida

7043364v1                                2